MORGAN, LEWIS & BOCKIUS LLP
Jennifer B. Zargarof, Bar No. 204382
jennifer.zargarof@morganlewis.com
Joseph V. Marra III, Bar No. 238181
joseph.marra@morganlewis.com
Megan McDonough, Bar No. 317402
megan.mcdonough@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendants
GARFIELD BEACH CVS, LLC and
LONGS DRUG STORES CALIFORNIA, LLC

ARIAS, SANGUINETTI, WANG &
TORRIJOS, LLP
Mike Arias, Bar No. 115385
mike@aswtlawyers.com
Alfredo Torrijos, Bar No. 222458
alfredo@aswtlawyers.com
Craig S. Momita, Bar No. 163347
craig@aswtlawyers.com
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Tel:    (310) 844-9696
Fax:   (310) 861-0168

Attorneys for Plaintiffs
KAVEH NADERI, MAGDY SEDRA, and
RODNEY PHILIPPI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVEH NADERI, et al., | Case No. 2:20-cv-05287-FLA-AFM |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | Trial date:  December 7, 2021 |
| GARFIELD BEACH CVS, L.L.C., et al., | |
| Defendants. | |

1

2  **TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF**

3  **RECORD:**

4      **PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiffs

5  Kaveh Naderi, Magdy Sedra, and Rodney Philippi ("Plaintiffs") and Defendants

6  Garfield Beach CVS, LLC and Longs Drug Stores California, LLC ("Defendants")

7  (collectively, the "Parties"), the above-captioned matter has been resolved.

8  Because Court approval is required for settlement/dismissal of Plaintiffs' claim

9  under the Private Attorneys General Act ("PAGA"), Plaintiffs will file a motion for

10  approval of that settlement.

11      Accordingly, the Parties request that the Court vacate the trial date and

12  associated deadlines.

13  Dated:  July 21, 2021                    MORGAN, LEWIS & BOCKIUS LLP

14

15                                           By  */s/ Jennifer B. Zargarof*

16                                            Jennifer B. Zargarof

17                                            Joseph V. Marra III
                                          Megan McDonough

18                                            Attorneys for Defendants

19                                            Garfield Beach CVS, L.L.C. and
                                          Longs Drugs Stores California, LLC

20  Dated:  July 21, 2021                    ARIAS, SANGUINETTI, WANG &
                                          TORRIJOS, LLP

21

22

23                                         By  */s/ Craig S. Momita*

                                          Mike Arias

24                                            Alfredo Torrijos
                                          Craig S. Momita

25                                            Attorneys for Plaintiffs

26

27

28

1
2

## **ATTESTATION**

3

    I, Jennifer Zargarof, am the ECF user whose identification and password are

4

being used to file this Stipulation.  In compliance with Civil L.R. 5-4.3.4(a)(2), I

5

hereby attest that Craig S. Momita concurs in this filing.

6

DATED: July 21, 2021                    MORGAN, LEWIS & BOCKIUS LLP

7

By  _/s/ Jennifer Zargarof_____

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

3                                    NOTICE OF SETTLEMENT